**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jonathan Donnell JOHNSON,
Defendant-Appellant.**

**No. 15-7710**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016

Decided: August 1, 2016

Jonathan Donnell Johnson, Appellant Pro Se. Amy Elizabeth Ray, Assistant

---

418

United States Attorney, Asheville, North Carolina, for Appellee.

Before KEENAN and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Donnell Johnson appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence and denying his motion for an extension of time to appeal the denial of the § 3582(c)(2) motion.* Upon review, we conclude that the district court did not abuse its discretion in denying Johnson's motion for an extension, see Fed. R. App. P. 4(b)(4), 26(b), and find no reversible error with respect to the denial of his § 3582(c)(2) motion. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 3:00-cr-00136-GCM-3 (W.D.N.C. July 24 & Oct. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Because we construe Johnson's motion for an extension as his notice of appeal of the order denying his § 3582(c)(2) motion, both orders are before the court.